Fill in this information to identify the case:
Debtor name  **Graceway South Haven, LLC**
United States Bankruptcy Court for the:  **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Medical Equipment**  861 Taylor Rd., Ste. i  Columbus, OH 43260 | | Trade debt | | | | $14,013.00 |
| **Armstrong Nutrition Management**  101 Parkview Extension Drive  Kittanning, PA 16201 | David Kohl  724-543-2288 | | | | | $21,369.35 |
| **Atrium Centers Inc.**  c/o Jonathan Martone  151 S. Old Woodward Avenue  Suite 200  Birmingham, MI 48009 | 248-988-1823 | Trade debt | | | | $233,860.18 |
| **BankDirect Capital Finance**  P.O. Box 660448  Dallas, TX 75266-0448 | 877-226-5456 X8743 | Insurance premium financing | Disputed | | | $40,190.42 |
| **Bronson Methodist Hospital**  601 John Street  Kalamazoo, MI 49007 | | | | | | $25,337.00 |
| **Bronson South Haven Hospital**  P.O. Box 77000  Detroit, MI 48277 | 269-637-5271 | | | | | $115,493.37 |

Debtor **Graceway South Haven, LLC**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Chippewa Valley, LLC**<br>303 International Circle, Ste. 200<br>Hunt Valley, MD 21030 | | unpaid rent | **Contingent Disputed** | | | $566,478.75 |
| **CHS Therapy**<br>7251 Engle Road, Ste. 350<br>Cleveland, OH 44130 | **Marie Landers** | **Trade debt** | | | | $332,334.36 |
| **City of South Haven**<br>539 Phoenx Street<br>South Haven, MI 49090 | | **Trade debt** | | | | $50,512.00 |
| **Dickinson Wright**<br>2600 West Big Beaver, Ste. 300<br>Troy, MI 48084 | | **Legal Fees** | | | | $65,000.00 |
| **EcoLab**<br>P.O. Box 70343<br>Chicago, IL 60673 | | **Trade debt** | | | | $20,664.17 |
| **Gordon Food Service**<br>1350 Mall Drive<br>Benton Harbor, MI 49022 | 800-905-3909 | **Trade debt** | | | | $56,698.00 |
| **HealthTeq Services**<br>1110 Brickell Avenue<br>Suite 430<br>Miami, FL 33131 | **Ritesh Shah**<br><br>305-307-8340 | **Guaranty on a Loan** | **Contingent** | | | $459,415.04 |
| **High Speed Capital LLC**<br>116 Nassau Street<br>Suite 804<br>New York, NY 10004 | | | | $14,000.00 | $0.00 | $14,000.00 |
| **McKesson Medical Surgical**<br>P.O. Box 634404<br>Cincinnati, OH 45263 | 972-446-4800 | **Trade debt** | | $42,452.65 | $0.00 | $42,452.65 |
| **Michigan Department of Health and Human Services**<br>333 S. Grand Ave.<br>PO Box 30195<br>Lansing, MI 48909 | | | | | | $910,000.00 |
| **NexGen MDx**<br>801 Broadway Ave. NW Unit 203<br>Grand Rapids, MI 49504 | 855-776-9436 | **Trade debt** | | | | $26,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Graceway South Haven, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **One Staff Medical**<br>**11718 Nicholas Street**<br>**Omaha, NE 68102** | | | | | | **$62,790.00** |
| **Prifogle Group, LLC**<br>**911 Hearthside Court**<br>**Brownsburg, IN 46112** | | | **Contingent** | | | **$100,000.00** |
| **Total Fire and Security, LLC**<br>**5062 Kendrick Court SE**<br>**Grand Rapids, MI 49512** | | **Trade debt** | | | | **$22,914.53** |