**Fill in this information to identify the case:**

Debtor name  **Graceway South Haven, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  **21-44888**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July  7, 2021**     X **/s/ Anthony Fischer, Jr.**
                                        Signature of individual signing on behalf of debtor

**Anthony Fischer, Jr.**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Graceway South Haven, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | **21-44888** |

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Medical Equipment 861 Taylor Rd., Ste. i Columbus, OH 43260** | | **Trade debt** | | | | **$14,013.00** |
| **Armstrong Nutrition Management 101 Parkview Extension Drive Kittanning, PA 16201** | **David Kohl** **724-543-2288** | | | | | **$21,369.35** |
| **Atrium Centers Inc. c/o Jonathan Martone 151 S. Old Woodward Avenue Suite 200 Birmingham, MI 48009** | **248-988-1823** | **Trade debt** | | | | **$233,860.18** |
| **BankDirect Capital Finance P.O. Box 660448 Dallas, TX 75266-0448** | **877-226-5456 X8743** | **Insurance premium financing** | **Disputed** | | | **$40,190.42** |
| **Bronson Methodist Hospital 601 John Street Kalamazoo, MI 49007** | | | | | | **$25,337.00** |
| **Bronson South Haven Hospital 955 S Bailey Ave South Haven, MI 49090** | **269-637-5271** | | | | | **$115,493.37** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | Case number *(if known)* | **21-44888** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chippewa Valley, LLC 303 International Circle, Ste. 200 Hunt Valley, MD 21030 | | unpaid rent | Contingent Disputed | | | $566,478.75 |
| CHS Therapy 7251 Engle Road, Ste. 350 Cleveland, OH 44130 | Marie Landers | Trade debt | | | | $332,334.36 |
| City of South Haven 539 Phoenx Street South Haven, MI 49090 | | Trade debt | | | | $50,512.00 |
| Dickinson Wright 2600 West Big Beaver, Ste. 300 Troy, MI 48084 | | Legal Fees | | | | $65,000.00 |
| EcoLab P.O. Box 70343 Chicago, IL 60673 | | Trade debt | | | | $20,664.17 |
| Gordon Food Service 1350 Mall Drive Benton Harbor, MI 49022 | 800-905-3909 | Trade debt | | | | $56,698.00 |
| Grandview Healthcare, LLC d/b/a Grandview Pharmacy, c/o CVS Attn: Karen Dailey, Director of Credit 444 N. 445h Street Phoenix, AZ 85008 | | Goods | | | | $121,955.01 |
| HealthTeq Services 1110 Brickell Avenue Suite 430 Miami, FL 33131 | Ritesh Shah 305-307-8340 | Guaranty on a Loan | Contingent | | | $459,415.04 |
| McKesson Medical Surgical P.O. Box 634404 Cincinnati, OH 45263 | 972-446-4800 | Trade debt | | $42,452.65 | $0.00 | $42,452.65 |
| Michigan Department of Health and Human Services 333 S. Grand Ave. PO Box 30195 Lansing, MI 48909 | | | | | | $910,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | | Case number *(if known)* | **21-44888** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NexGen MDx 801 Broadway Ave. NW Unit 203 Grand Rapids, MI 49504** | **855-776-9436** | **Trade debt** | | | | **$26,000.00** |
| **One Staff Medical 11718 Nicholas Street Omaha, NE 68102** | | | | | | **$62,790.00** |
| **Prifogle Group, LLC 911 Hearthside Court Brownsburg, IN 46112** | | | **Contingent** | | | **$100,000.00** |
| **Total Fire and Security, LLC 5062 Kendrick Court SE Grand Rapids, MI 49512** | | **Trade debt** | | | | **$22,914.53** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Graceway South Haven, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **21-44888**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $   **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................   $   **275,000.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................   $   **275,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **602,359.07**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **120,091.49**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$   **3,580,042.40**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b     $   **4,302,492.96**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Graceway South Haven, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* | **21-44888** |

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **checking** | **1021** | **$0.00** |
| 3.2. | **Fifth Third** | **checking** | **9562** | **$0.00** |
| 3.3. | **Fifth Third** | **Checking** | **1047** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Graceway South Haven, LLC**                                    Case number *(If known)* **21-44888**
         _____
         Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:          **250,000.00**      -          **0.00**        = ....              **$250,000.00**
                          _____      _____
                          face amount                    doubtful or uncollectible accounts
                                  **Medical Accounts receivable**

12.   **Total of Part 3.**                                                            | **$250,000.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** <br> **Resident room furnishings** | **$0.00** | **Liquidation** | **$20,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office furniture and equipment** | **$0.00** | **Liquidation** | **$5,000.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                            | **$25,000.00** |
      Add lines 39 through 42.  Copy the total to line 86.

Official Form 206A/B                              Schedule A/B Assets - Real and Personal Property                              page 2

Debtor     **Graceway South Haven, LLC**            Case number *(If known)* **21-44888**
        Name

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No. Go to Part 9.
     ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

     ■ No. Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** Certificate of Need and related provider number | $0.00 | | Unknown |
| 65.   **Goodwill** | | | |

66.     **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

                                                    **$0.00**

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Debtor    **Graceway South Haven, LLC**                          Case number *(If known)*  **21-44888**
                 Name

☐ Yes

---

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

Debtor    **Graceway South Haven, LLC**                Case number *(If known)* **21-44888**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $250,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $275,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $275,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Graceway South Haven, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-44888**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **High Speed Capital LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **116 Nassau Street**<br>**Suite 804**<br>**New York, NY 10004** | | |

Describe debtor's property that is subject to a lien
                       **$14,000.00**             **$0.00**

Creditor's mailing address

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **McKesson Medical Surgical** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **P.O. Box 634404**<br>**Cincinnati, OH 45263** | | |

Describe debtor's property that is subject to a lien
                       **$42,452.65**             **$0.00**

Creditor's mailing address

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Omega Healthcare Investors, Inc.** | | |
|---|---|---|---|

Creditor's Name

**Chippewa Valley, LLC**
**Alex Pirigyi**
**303 International Circle,**
**STe. 200**
**Cockeysville, MD 21030**

Creditor's mailing address

| Describe debtor's property that is subject to a lien | $545,906.42 | Unknown |
|---|---|---|

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $602,359.07 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Graceway South Haven, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-44888**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alcaraz, Estefania**<br>**115 W. Arlington Street**<br>**Bangor, MI 49013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,096.00 | $2,096.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alfieri, Ashley**<br>**08636 M 140**<br>**South Haven, MI 49090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,701.00 | $1,701.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    26195                    Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

| **2.3** | Priority creditor's name and mailing address **Allred, Tammy M. 1080 West Lane Benton Harbor, MI 49022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,600.00** | **$5,600.00** |

| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| **2.4** | Priority creditor's name and mailing address **Bouquenoy, Jennifer S. 62569 M-43 Bangor, MI 49013** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,760.00** | **$1,760.00** |

| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| **2.5** | Priority creditor's name and mailing address **Burson, Jordan K. 67818 S. Ridgewood Drive South Haven, MI 49090** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,232.00** | **$1,232.00** |

| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| **2.6** | Priority creditor's name and mailing address **Cooper, Ntozake 135 Apple Avenue Benton Harbor, MI 49022** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$496.00** | **$496.00** |

| | Date or dates debt was incurred | Basis for the claim: **Wages** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$768.00** | **$768.00** |
| --- | --- | --- | --- | --- |
| | **Corke, Stacey**<br>**PO Box 51**<br>**Grand Junction, MI 49056** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,545.60** | **$1,545.60** |
| --- | --- | --- | --- | --- |
| | **Cotton, Glenda**<br>**2481 Kurt Road**<br>**Benton Harbor, MI 49022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,980.00** | **$1,980.00** |
| --- | --- | --- | --- | --- |
| | **Couwlier, Kristania L.**<br>**37075 Brynford Drive**<br>**Clinton Township, MI 48036** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,560.00** | **$2,560.00** |
| --- | --- | --- | --- | --- |
| | **Cowell, Lila L.**<br>**16764 64th Street**<br>**South Haven, MI 49090** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,153.84 | $6,153.84

**Cravens, Susan L.**
**319 Prospect Street**
**South Haven, MI 49090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.00 | $286.00

**Destanie Krugler**
**75641 16th Ave., Lot 30**
**South Haven, MI 49090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00

**Diemer, Brenda S.**
**07681 60th Street**
**South Haven, MI 49090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,461.60 | $8,461.60

**Fischer, Anthony**
**13228 Chestnut**
**Southgate, MI 48195**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**Getman, SueAnn**
**726 Francis Street**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,720.00    $3,720.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Goble, Erica R.**
**8940 Danneffel Road**
**Watervliet, MI 49098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,430.00    $1,430.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Graham, Jennifer**
**2900 Cleveland Avenue**
**Saint Joseph, MI 49085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,923.08    $6,923.08

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**Gruppen, Ashley**
**1953 W. 32nd Street**
**Holland, MI 49423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,200.00    $3,200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Graceway South Haven, LLC**                    Case number (if known) **21-44888**
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,278.40** | **$2,278.40** |

**Heartfield, Vernitria**
**848 Kalamazoo Street**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.20 |

**Huitt, Mikayla K.**
**68304 County Road 380**
**South Haven, MI 49090**

Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$704.00**   **$704.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.21 |

**Hurn, Bryce C.**
**13656 Deercreek Drive**
**South Haven, MI 49090**

Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$643.50**   **$643.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.22 |

**Jackson, Latrice M.**
**72300 Erika Way**
**#306**
**South Haven, MI 49090**

Priority creditor's name and mailing address

As of the petition filing date, the claim is: **$2,560.00**   **$2,560.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,536.00 | $1,536.00 |
|---|---|---|---|---|
| | **Jackson, Pearlie**<br>**972 Colonial Drive**<br>**Benton Harbor, MI 49022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,760.00 | $1,760.00 |
|---|---|---|---|---|
| | **Jensen, Kay**<br>**01231 County Road 681**<br>**Grand Junction, MI 49056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,670.00 | $5,670.00 |
|---|---|---|---|---|
| | **Kroehler, Yvonne R.**<br>**41365 30th Street**<br>**Paw Paw, MI 49079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,215.00 | $1,215.00 |
|---|---|---|---|---|
| | **Lambert, Richard  G.**<br>**3750 67th Street**<br>**South Haven, MI 49090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,675.00** | **$1,675.00** |
|---|---|---|---|---|

**Little, Amber**
**14 W. Bernard Street**
**Hartford, MI 49057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

**Marshall, Darcie M.**
**2177 Ann Drive**
**Saint Joseph, MI 49085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,137.60** | **$2,137.60** |
|---|---|---|---|---|

**Medrano-Calderon, Maria**
**Del-Carmen**
**35921 66th Street**
**Bangor, MI 49013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,880.00** | **$2,880.00** |
|---|---|---|---|---|

**Middleton, Jamie**
**75641 16th Avenue**
**#30**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,115.39** | **$5,115.39** |
|---|---|---|---|---|

**Moore, Judy K.**
**1415 Greenhouse Road**
**Bangor, MI 49013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$704.38** | **$704.38** |
|---|---|---|---|---|

**Morrison, Maureen**
**219 66th Street**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,286.40** | **$1,286.40** |
|---|---|---|---|---|

**Pate, Stephanie**
**509 Broadway Street**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,248.00** | **$2,248.00** |
|---|---|---|---|---|

**Penny Kirby**
**483 North West Street**
**Coloma, MI 49038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.50 | $1,436.50 |
|---|---|---|---|---|

**Prewitt, Doretha**
**1010 6th Avenue**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,360.00 | $3,360.00 |
|---|---|---|---|---|

**Prim, Rhonda**
**8940 Danneffel Road**
**Watervliet, MI 49098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,736.00 | $2,736.00 |
|---|---|---|---|---|

**Raday, Kathryn A.**
**75641 16th Avenue**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,712.00 | $4,712.00 |
|---|---|---|---|---|

**Rawson, Rebecca**
**57917 Territorial Road**
**Lawrence, MI 49064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,049.60** | **$2,049.60** |
| --- | --- | --- | --- | --- |

**Reed, Aileen B.**
**3201 Baseline Road**
**South Haven, MI 49090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$704.00** | **$704.00** |
| --- | --- | --- | --- | --- |

**Rogers, Nicki J.**
**69159 M-43**
**South Haven, MI 49090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,287.60** | **$1,287.60** |
| --- | --- | --- | --- | --- |

**Rupczynski, Louise E.**
**53693 28th Avenue**
**Bangor, MI 49013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$960.00** | **$960.00** |
| --- | --- | --- | --- | --- |

**Shivers, Teja-Nae S.**
**2088 E. Empire Avenue**
**Lot 219**
**Benton Harbor, MI 49022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

21-44888-lsg    Doc 43    Filed 07/07/21    Entered 07/07/21 10:56:45    Page 23 of 82

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
| --- | --- | --- | --- |
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$907.50** | **$907.50** |
| --- | --- | --- | --- | --- |

2.43 Priority creditor's name and mailing address

**Sikes, Heaven R.**
**8940 Danneffel Road**
**Watervliet, MI 49098**

As of the petition filing date, the claim is: **$907.50** **$907.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.44 Priority creditor's name and mailing address

**Smith, Michelle L.**
**505 55th Street**
**Pullman, MI 49450**

As of the petition filing date, the claim is: **$2,256.00** **$2,256.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.45 Priority creditor's name and mailing address

**Steward, Nicole F.**
**76610 34th Avenue**
**Covert, MI 49043**

As of the petition filing date, the claim is: **$1,276.00** **$1,276.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.46 Priority creditor's name and mailing address

**Utley, Brittany N.**
**22 1/2 S. Center Street**
**Hartford, MI 49057**

As of the petition filing date, the claim is: **$2,025.00** **$2,025.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Graceway South Haven, LLC | | Case number (if known) | 21-44888 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,334.50 | $2,334.50 |
| --- | --- | --- | --- | --- |

**2.47** Priority creditor's name and mailing address
**Ventura, Erika**
**56560 M-43**
**Bangor, MI 49013**

As of the petition filing date, the claim is: $2,334.50  $2,334.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.48** Priority creditor's name and mailing address
**Yancy, Jennifer J.**
**6119 Huron Street**
**Coloma, MI 49038-9432**

As of the petition filing date, the claim is: $4,960.00  $4,960.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address
**A-1 Hood and Vent Cleaning**
**2127 16th Street**
**Hopkins, MI 49328**

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Ability Network Inc.**
**Butler Square**
**100 N. 6th Street, Ste. 900A**
**Minneapolis, MN 55403**

As of the petition filing date, the claim is: *Check all that apply.*          **$7,104.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**ACM Senior Living**
**1001 Woodward Avenue**
**Floor 5, Suite 05A117**
**Detroit, MI 48226**

As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Graceway South Haven, LLC**                                Case number (if known)  **21-44888**
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,685.55 |
|---|---|---|---|

**Action Plumbing & Mechanical, Inc.**
**1134 Morren Court**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,466.15 |
|---|---|---|---|

**ADP**
**330 E. Kilbourn Ave.**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Advanced Radiology Services**
**P.O. Box 776446**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.18 |
|---|---|---|---|

**Advanced Vascular Surgery**
**1815 Henson Avenue**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.50 |
|---|---|---|---|

**Airgas USA, LLC**
**P.O. Box 802576**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,013.00 |
|---|---|---|---|

**American Medical Equipment**
**861 Taylor Rd., Ste. i**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.55 |
|---|---|---|---|

**American Medical Response of MI**
**517 Division Ave S**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**American Mobile Dental**
**24293 Telegraph Road**
**Suite 212**
**Southfield, MI 48033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Applied Imaging**
**5555 Glenwood Hills Parkway SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,265.55**

---

**3.13** | Nonpriority creditor's name and mailing address
**Arcadia Services, Inc.**
**2300 Warrenville Road**
**Suite 100**
**Downers Grove, IL 60515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,420.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Armstrong Nutrition Management**
**101 Parkview Extension Drive**
**Kittanning, PA 16201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,369.35**

---

**3.15** | Nonpriority creditor's name and mailing address
**Ashley Wallace Properties, LLC**
**1001 Woodward Ave.**
**5th Floor, Ste. 05A128**
**Detroit, MI 48226**

Date(s) debt was incurred  **3/1/2019; 4/11/2019**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notes Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Assured Partners**
**285 Cozzins Street**
**Columbus, OH 43215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.17** | Nonpriority creditor's name and mailing address
**Atrium Centers Inc.**
**c/o Jonathan Martone**
**151 S. Old Woodward Avenue**
**Suite 200**
**Birmingham, MI 48009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$233,860.18**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Graceway South Haven, LLC**
_____
Name

Case number (if known) **21-44888**

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Automatic Door Service**
**4549 40th Street SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,190.42** |
|---|---|---|---|

**BankDirect Capital Finance**
**P.O. Box 660448**
**Dallas, TX 75266-0448**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Insurance premium financing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bardens Farm Market**
**427 71st Street**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,296.00** |
|---|---|---|---|

**Best Way Disposal**
**7901 Dan Smith Road**
**Watervliet, MI 49098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bimbo Bakeries USA**
**P.O. Box 842437**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BioMedical Solutions, Inc.**
**318 W. Wright Avenue**
**Shepherd, MI 48883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bob DeYoung**
**1710 Baker Drive**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Graceway South Haven, LLC**        Case number (if known)    **21-44888**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breeze Medical Equipment**
**06899 44th Street**
**Bloomingdale, MI 49026**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,337.00** |
|---|---|---|---|

**Bronson Methodist Hospital**
**601 John Street**
**Kalamazoo, MI 49007**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,493.37** |
|---|---|---|---|

**Bronson South Haven Hospital**
**955 S Bailey Ave**
**South Haven, MI 49090**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown & Bigelow**
**P.O. Box 1450 NW 8554**
**Minneapolis, MN 55485**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Browns Locksmith and Hardware**
**2912 Niles Avenue**
**Saint Joseph, MI 49085**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Busscher's Pumping, Inc.**
**11305 E. Lakewood Boulevard**
**Holland, MI 49424**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C & R's Out on a Limb Tree Care**
**35005 66th Street**
**Bangor, MI 49013**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Graceway South Haven, LLC** | | Case number (if known) | **21-44888** |
|---|---|---|---|---|

Name

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C.C. Communications Inc.**
**29577 Costello Drive**
**New Hudson, MI 48165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Canney's Water Conditioning**
**3712 Miller Road**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,715.26**

**CareLinc Medical Equipment & Supply**
**89 54th Street S.W.**
**Grand Rapids, MI 49548-5503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carmelo Scalzi**
**28470 Herndonwood**
**Farmington Hills, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Centsible Heating and Air-Conditioning**
**6740 Red Arrow Highway**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,761.00**

**Certified Building Solutions**
**1665 Holton Road**
**Muskegon, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$566,478.75**

**Chippewa Valley, LLC**

**303 International Circle, Ste. 200**
**Hunt Valley, MD 21030**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **unpaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Graceway South Haven, LLC**      Case number *(if known)*   **21-44888**

      Name

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>CHS Therapy<br>7251 Engle Road, Ste. 350<br>Cleveland, OH 44130 | **As of the petition filing date, the claim is:** *Check all that apply.*  **$332,334.36**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.40** | **Nonpriority creditor's name and mailing address**<br>City of South Haven<br>539 Phoenx Street<br>South Haven, MI 49090 | **As of the petition filing date, the claim is:** *Check all that apply.*  **$50,512.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.41** | **Nonpriority creditor's name and mailing address**<br>Clean Earth<br>5189 King Highway<br>Kalamazoo, MI 49048 | **As of the petition filing date, the claim is:** *Check all that apply.*  **$3,055.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.42** | **Nonpriority creditor's name and mailing address**<br>CLM Enterprises Inc<br>1971 East E. Street<br>Suite 216<br>Grand Rapids, MI 49525 | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.43** | **Nonpriority creditor's name and mailing address**<br>Clog Squad<br>3781 144th Avenue<br>Hamilton, MI 49419 | **As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.44** | **Nonpriority creditor's name and mailing address**<br>Coast to Coast<br>101 Hodencamp Road<br>Suite 120<br>Thousand Oaks, CA 91360 | **As of the petition filing date, the claim is:** *Check all that apply.*  **$5,558.98**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| **3.45** | **Nonpriority creditor's name and mailing address**<br>Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176 | **As of the petition filing date, the claim is:** *Check all that apply.*  **$11,784.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address

**Commercial Magazine Service of Holland**
P.O.Box 819
Holland, OH 43528

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$417.88**

---

**3.47** | Nonpriority creditor's name and mailing address

**Confessco Fire Protection**
411 Ottawa Street
Muskegon, MI 49442

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,643.00**

---

**3.48** | Nonpriority creditor's name and mailing address

**Culligan Water**
314 Western Avenue
Allegan, MI 49010

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,018.85**

---

**3.49** | Nonpriority creditor's name and mailing address

**Cummins Sales and Service**
3715 Clay Avenue SW
Grand Rapids, MI 49548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,721.37**

---

**3.50** | Nonpriority creditor's name and mailing address

**D & G Services LLC**
8988 116th Avenue
West Olive, MI 49460

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51** | Nonpriority creditor's name and mailing address

**DeBest Inc.**
107 72nd Street
South Haven, MI 49090

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,150.98**

---

**3.52** | Nonpriority creditor's name and mailing address

**Dickinson Wright**
2600 West Big Beaver, Ste. 300
Troy, MI 48084

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|

Name

---

**3.53** Nonpriority creditor's name and mailing address
**Direct Supply**
**P.O. Box 88201**
**Milwaukee, WI 53288**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,008.92**

---

**3.54** Nonpriority creditor's name and mailing address
**DirecTV**
**P.O. Box 5006**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,571.19**

---

**3.55** Nonpriority creditor's name and mailing address
**Dover Grease Traps, Inc.**
**16585 13 Mile Road**
**Fraser, MI 48026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.56** Nonpriority creditor's name and mailing address
**EcoLab**
**P.O. Box 70343**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,664.17**

---

**3.57** Nonpriority creditor's name and mailing address
**ECS Solutions**
**P.O.Box 402**
**Tiffin, OH 44883**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,558.68**

---

**3.58** Nonpriority creditor's name and mailing address
**Ern Hooten Entertainment Services**
**1033 Washington Boulevard**
**Lake Odessa, MI 48849**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59** Nonpriority creditor's name and mailing address
**Fusion Medical Staffing**
**P.O. Box 82674**
**Lincoln, NE 68501-2674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,025.00**

---

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,698.00 |
|------|-------------------------------------------------|----------------------------------------------------------------------|------------|

**Gordon Food Service**
**1350 Mall Drive**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.70 |
|------|-------------------------------------------------|----------------------------------------------------------------------|--------|

**Grainger**
**3803 Roger B. Chaffee Memorial Blvd. SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,955.01 |
|------|-------------------------------------------------|----------------------------------------------------------------------|-------------|

**Grandview Healthcare, LLC**
**d/b/a Grandview Pharmacy, c/o CVS**
**Attn:  Karen Dailey, Director of Credit**
**444 N. 445h Street**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**Griffin Pest Solutions**
**1606 Monumentum Drive**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,840.00 |
|------|-------------------------------------------------|----------------------------------------------------------------------|-----------|

**Harbor House Publishing**
**221 Water Street**
**Boyne City, MI 49712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,146.89 |
|------|-------------------------------------------------|----------------------------------------------------------------------|-----------|

**Haven Heating and Air Conditioning**
**08600 M-140**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.65 |
|------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**HD Supply Facilities Maintenance**
**P.O. Box 509058**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Graceway South Haven, LLC**
_____
Name

Case number (if known) **21-44888**

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,451.46 |

**Health Care Association of Michigan**
**7413 Westshire Drive**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459,415.04 |

**HealthTeq Services**
**1110 Brickell Avenue**
**Suite 430**
**Miami, FL 33131**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Guaranty on a Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Heart Start Training Services**
**5336 Azalea Street**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Heaven Scent**
**5001 Carmody Road**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,298.32 |

**Hobart Service Sales**
**5775 EAst Cork Street**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.00 |

**Hospital Network Healthcare Services**
**6212 American Avenue**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,958.72 |

**HPSI Purchasing Services**
**P.O. Box 9382**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**IDEMIA**
**6840 Carothers Parkway**
**Suite 650**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Infinisource Benefit Solutions**
**P.O. Box 889**
**Coldwater, MI 49036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**JCCS Solutions**
**612 Main Street**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.14**

**Jenlar Products, Inc.**
**P.O. Box 2541**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,082.24**

**Joerns Healthcare LLC**
**P.O. Box 933733**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**John Marion Kim, DMD, PC**
**3102 Niles Road**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,362.50**

**K&L Transport**
**1015 Agard**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.00** |
|---|---|---|---|

**KCI**
**441 Wolf Ledges Parkway**
**Suite 203**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,836.00** |
|---|---|---|---|

**Lakeland Community Hospital**
**P.O. Box 27**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$486.00** |
|---|---|---|---|

**Lakeland Heart and Vascular**
**P.O. Box 410**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,901.95** |
|---|---|---|---|

**Lakeland Hospital at Niles**
**1234 Napier Avenue**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Lakeshore Landscape & Design**
**P.O. Box 508**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Lakeshore Plumbing & Septic**
**P.O.Box 642**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.00** |
|---|---|---|---|

**Langfords Refrigeration**
**2482 54th Street**
**Fennville, MI 49408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **Graceway South Haven, LLC**
                Name

Case number *(if known)*   **21-44888**

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Life EMS**
**1275 Cedar Street NE**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,822.91** |
|---|---|---|---|

**Living Design Inc.**
**47015 SD Highway 44**
**Worthing, SD 57077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.60** |
|---|---|---|---|

**Lodge Vision**
**S2634 County Road BD**
**Suite 1**
**Baraboo, WI 53913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,906.00** |
|---|---|---|---|

**Mall City Mechanical**
**7184 Douglas Avenue**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Barber**
**4101 Broadway Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|

**Medica 1 Community Emergency Service**
**P.O. Box 1563**
**Benton Harbor, MI 49023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Medical Diagnostics Services Inc.**
**4479 Pontiac Lake Road**
**Suite 1D**
**Waterford, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,907.50** |
|---|---|---|---|

**Medical Solutions LLC**
**1010 N. 102nd Street**
**Suite 300**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Menards**
**125 73rd Street**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Schaeffer**
**1917 Fruitwood Drive NW**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Shotts**
**7604 Red Arrow Hwy.**
**Suite 174**
**Watervliet, MI 49098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$910,000.00** |
|---|---|---|---|

**Michigan Department**
**of Health and Human Services**
**333 S. Grand Ave.**
**PO Box 30195**
**Lansing, MI 48909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michigan Gas Utilities**
**P.O. Box 3140**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Midwest Food Equipment**
**3310 Redmond Ave**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Graceway South Haven, LLC**                                          Case number (if known)   **21-44888**
_____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349.00 |
|---|---|---|---|

**Miltech Inc.**
**3776 Division Avenue**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,438.32 |
|---|---|---|---|

**Mobilex USA**
**P.O. Box 17462**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |
|---|---|---|---|

**NexGen MDx**
**801 Broadway Ave. NW Unit 203**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,981.00 |
|---|---|---|---|

**No-Spin Services, LLC**
**62795 8th Avenue**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Norman Maly, DDS**
**05055 Bluestar Highway**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Northview Health Specialists Medical**
**3402 Jules Lillian Drive NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**One America**
**P.O. Box 6123**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|--------|-------------------------------|------------------------|--------------|
|        | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,790.00** |
|-------|--------------------------------------------------|-----|------|
| | **One Staff Medical**<br>**11718 Nicholas Street**<br>**Omaha, NE 68102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|-------|--------------------------------------------------|-----|------|
| | **Optima Healthcare Solutions**<br>**4229 SW High Meadows Avenue**<br>**Palm City, FL 34990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|-------|--------------------------------------------------|-----|------|
| | **Orbit Medical**<br>**332 E. 3300 South**<br>**Suite 200**<br>**Salt Lake City, UT 84115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.00** |
|-------|--------------------------------------------------|-----|------|
| | **Paycor**<br>**4811 Montgomery Road**<br>**Cincinnati, OH 45212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Payroll Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.16** |
|-------|--------------------------------------------------|-----|------|
| | **Performance Health Supply**<br>**28100 Torch Parkway**<br>**Suite 700**<br>**Warrenville, IL 60555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297.34** |
|-------|--------------------------------------------------|-----|------|
| | **Pitney Bowes**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|--------------------------------------------------|-----|------|
| | **Plummers Waste Group**<br>**4750 Clyde Park Avenue SW**<br>**Suite A**<br>**Wyoming, MI 49509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|--------|---------------------------|------------------------|----------|

Name

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00**

**Point Click Care**
**120 Corpoprate Woods, Ste. 250**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Prairie Farms**
**126 Brady Road**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**PrideCare Ambulance**
**P.O. Box 2288**
**Kalamazoo, MI 49003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Prifogle Group, LLC**
**911 Hearthside Court**
**Brownsburg, IN 46112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Guaranty of Note**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Priority Health**
**3915 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,415.00**

**Professional Medical, Inc.**
**P.O Box 1243**
**Bedford Park, IL 60499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,069.25**

**QCI Healthcare**
**2805 Coit Avenue NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor　**Graceway South Haven, LLC**　　　　　　　　　Case number *(if known)*　**21-44888**

Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.00 |
|---|---|---|---|

**Quality Air**
**41930 Joy Road**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.82 |
|---|---|---|---|

**Redmon Heating and Cooling**
**3736 28th Street SW**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Reliance Standard**
**P.O. Box 82510**
**Lincoln, NE 68501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Republic Services**
**2471 Wilshere Drive**
**Jenison, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricoh**
**P.O. Box 650016**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rose Pest Control**
**P.O. Box 309**
**Troy, MI 48099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Roys Computer Repair**
**04074 CR 215**
**P.O. Box 7**
**Grand Junction, MI 49056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Graceway South Haven, LLC**                Case number (if known)    **21-44888**

Name

| | | |
|---|---|---|
| **3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**3.130**

Nonpriority creditor's name and mailing address

**Sarrett Nature Center**
**2300 Benton Center Road**
**Benton Harbor, MI 49022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131**

Nonpriority creditor's name and mailing address

**Scott Robbins**
**6885 Ravine Road**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**

Nonpriority creditor's name and mailing address

**Secure Care Systems, Inc.**
**6968 Engle Road**
**Cleveland, OH 44130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133**

Nonpriority creditor's name and mailing address

**Senior Vision Services**
**10826 Old Mill Road**
**Suite 101**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134**

Nonpriority creditor's name and mailing address

**Sentimental Reflections**
**P.O. Box 14716**
**Cincinnati, OH 45250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$126.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135**

Nonpriority creditor's name and mailing address

**Serenity Aquarium & Aviary Services**
**7260 Commerce Plaza Drive**
**Neenah, WI 54956**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$3,189.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136**

Nonpriority creditor's name and mailing address

**Shoreline Ortho & Sports Medicine Clinic**
**370 N. 120th Avenue**
**Suite 20**
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$63.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Graceway South Haven, LLC__          Case number (if known)    __21-44888__

Name

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silita Gist**
**120 Baseline Road**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SLI Custom Signs & Apparel**
**5981 Telegraph Road**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,072.55** |
|---|---|---|---|

**SNF Receivable Solutions, LLC**
**P.O. Box 216**
**Thonotosassa, FL 33592**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,004.53** |
|---|---|---|---|

**South Haven Area Ambulance**
**P.O. Box 2122**
**Riverview, MI 48193**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**South Haven Area Chamber of Commerce**
**606 Phillips Street**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southeastern Equipment & Supply**
**1919 Old Dunbar Road**
**West Columbia, SC 29172**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,792.11** |
|---|---|---|---|

**Southwestern MI Emergency Services**
**P.O. Box 808**
**Grand Rapids, MI 49518**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred __ _

__Last 4 digits of account number __ _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Graceway South Haven, LLC**
　　　　Name

Case number (if known)  **21-44888**

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,245.60 |
|---|---|---|---|

**Spectrum Health Hospitals**
**P.O. Box 2127**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Spoon Man Inc.**
**P.O. Box 53**
**Jenison, MI 49429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Staples**
**P.O. Box 660409**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TEED Heating and Cooling**
**340 Washington Street**
**P.O. Box 390**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,707.42 |
|---|---|---|---|

**Thatcher Computer Consulting**
**4211 Okemos Road**
**Suite 15**
**Okemos, MI 48864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Rapid Group, LLC**
**P.O. Box 248**
**Grandville, MI 49468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.95 |
|---|---|---|---|

**The Rose Shop**
**764 Lagrange Street**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Graceway South Haven, LLC**                          Case number (if known)  **21-44888**
        _____
        Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Strum Bums**
4040 Fikes Road
Benton Harbor, MI 49022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TNT Home Services LLC**
09521 35th Street
Gobles, MI 49055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,914.53** |
|---|---|---|---|

**Total Fire and Security, LLC**
5062 Kendrick Court SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tyrell and Natalie Peterson**
1278 Haverhill Drive
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Universal Printing Solutions**
10573 West Pico Boulevard
Suite 610
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,536.55** |
|---|---|---|---|

**VBEMS Inc.**
P.O. Box 33726
Detroit, MI 48232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Veronica Heartfield**
120 Baseline Road
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,042.54 |
|---|---|---|---|

**Wolverine ACE Hardware**
**530 Huron Street**
**South Haven, MI 49090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.79 |
|---|---|---|---|

**Wolverine Power Systems**
**3229 80th Avenue**
**Zeeland, MI 49464**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Omega Healthcare Investors, Inc.**<br>**Alex Pirigyi**<br>**303 International Circle, Ste. 200**<br>**Cockeysville, MD 21030** | Line __3.38__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 120,091.49 |
| 5b. Total claims from Part 2 | 5b. | + $ | 3,580,042.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,700,133.89 |

**Fill in this information to identify the case:**

Debtor name    **Graceway South Haven, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-44888**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Graceway South Haven, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-44888**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Silverside Senior Living, LLC** | **f/k/a ACM Senior Living, LLC 13228 Chestnut Southgate, MI 48195** | **Omega Healthcare Investors, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Silverside Senior Living, LLC** | **f/k/a ACM Senior Living, LLC 13228 Chestnut Southgate, MI 48195** | **Prifogle Group, LLC** | ☐ D _____ <br> ■ E/F _____ 3.119 <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Graceway South Haven, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-44888**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Graceway South Haven, LLC**          Case number *(if known)* **21-44888**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHED** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Nicolas Guibert de Bruet**<br>**421 S. Cranbrook Road**<br>**Birmingham, MI 48009** | **3/10/2021** | **$9,000.00** | **Legal Fees** |
| 4.2. **Anthony Fischer**<br>**13228 Chestnut**<br>**Southgate, MI 48195**<br>**CEO** | **bi-weekly salary** | **$101,539.20** | **Gross Salary** |
| 4.3. **Anthony Fischer**<br>**13228 Chestnut**<br>**Southgate, MI 48195**<br>**CEO** | **3/10/2021;**<br>**3/17/2021** | **$22,439.00** | **Reimbursement of expenses** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Graceway South Haven, LLC**      Case number *(if known)* **21-44888**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Graceway South Haven, LLC**<br>**Atrium Centers, Inc.**<br>**19-015609-PZ** | **Collection** | **Third Circuit**<br>**2 Woodward Ave,**<br>**Detroit, MI 48226** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Strobl Sharp PLLC**<br>**Lynn M. Brimer**<br>**300 East Long Lake Road**<br>**Suite 200**<br>**Bloomfield Hills, MI 48304** | | **5/20/2021;<br>5/28/2021** | **$10,400.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor   **Graceway South Haven, LLC**                    Case number *(if known)* **21-44888**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **1001 Woodward Ave.** **Detroit, MI 48226** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **HIPAA information of Debtor's residents**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No  Go to Part 10.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

■ **Yes. Fill in below:**

Name of plan                                                    **Employer identification number of the plan**
**Graceway South Haven, LLC 401(k)**                           EIN: _____

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■ No.

     ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.

     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.

     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

         ■ None

| Name and address | Date of service<br>From-To |
|---|---|

     26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

         ■ None

     26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

         ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

     26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

         ■ None

| Name and address |
|---|

27. **Inventories**
     Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Graceway South Haven, LLC**                     Case number *(if known)* **21-44888**

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Fischer** | **13228 Chestnut Southgate, MI 48195** | **CEO/Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Graceway South Haven, LLC**                           Case number *(if known)*    **21-44888**

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  7, 2021**

**/s/ Anthony Fischer, Jr.**                                **Anthony Fischer, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re **Graceway South Haven, LLC**                    Case No.    **21-44888**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

## QUESTION #3 -Payments or transfers to creditors in excess of $6,825

| Creditor | Date | Amount |
|---|---|---|
| SNF Receivable Solutions | 3/10/2021 | $36,040.93 |
| | 4/9/2021 | $10,277.40 |
| Ameritas | 3/10/2021 | $33,581.48 |
| Healthpro Heritage, LLC | 3/10/2021 | $17,500.00 |
| | 3/31/2021 | $ 16,000.00 |
| CareLinc | 3/10/2021 | $12,715.95 |
| Omnicare/Gradnview | 3/10/2021 | $10,433.34 |
| | 4/12/2021 | $ 10,170.50 |
| Pride Care | 3/10/2021 | $9,589.35 |
| | 3/24/2021 | $2,250.00 |
| Professional Medical | 3/10/2021 | $8,944.69 |
| | 3/29/2021 | $4,995.22 |
| | 4/26/2021 | $8,827.14 |
| | 4/27/2021 | $7,517.54 |
| Point Click Care | 3/11/2021 | $37,336.93 |
| South Haven Utilities | 3/12/2021 | $68,729.60 |
| | 6/26/2021 | $6,452.22 |
| Dr. Jeremiah Dewitt | 3/16/2021 | $14,000.00 |
| Gordon Food Service | 3/16/2021 | $7,570.47 |
| | 3/26/2021 | $4,769.29 |
| | 4/6/2021 | $11,626.31 |

|                         | 4/16/2021 | $5,079.21  |
|                         | 4/27/2021 | $9,827.14  |
|                         | 5/6/2021  | $8,469.46  |
|                         | 5/18/2021 | $6,944.00  |
|                         | 5/26/2021 | $7,454.22  |
|                         | 6/1/2021  | $7,545.22  |
| Concept Rehab           | 3/17/2021 | $34,942.92 |
| DeBEst/Van Buren Court  | 4/16/2021 | $7,515.27  |
|                         | 4/21/2021 | $7,732.09  |
| Pathway Health Services | 5/3/2021  | $7,500.00  |

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Graceway South Haven, LLC**        Case No.   **21-44888**

                      Debtor(s)        Chapter   **11**

### AMENDED
### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]    **FLAT FEE**

      A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

      B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

      C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

    [ **X** ]    **RETAINER**

      A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **0.00**

      B.    The undersigned shall bill against the retainer at an hourly rate of $ __**410.00**__ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ __**1,738.00**__ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

      A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

      C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

      E.    Reaffirmations;

      F.    Redemptions;

      G.    Other:

          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

      A.    __**XX**__      Debtor(s)' earnings, wages, compensation for services performed

      B.    _____      Other (describe, including the identity of payor) _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **July  7, 2021**  _____

**/s/ Lynn M. Brimer**  _____
Attorney for the Debtor(s)
**Lynn M. Brimer**
**Strobl Sharp PLLC**
**300 East Long Lake Road**
**Suite 200**
**Bloomfield Hills, MI 48304-2376**
**(248) 540-2300**

**P43291 MI**

Agreed:    **/s/ Anthony Fischer, Jr.**  _____
**Anthony Fischer, Jr.**
Debtor

_____
Debtor

A-1 Hood and Vent Cleaning
2127 16th Street
Hopkins, MI 49328

Ability Network Inc.
Butler Square
100 N. 6th Street, Ste. 900A
Minneapolis, MN 55403

ACM Senior Living
1001 Woodward Avenue
Floor 5, Suite 05A117
Detroit, MI 48226

Action Plumbing & Mechanical, Inc.
1134 Morren Court
Wayland, MI 49348

ADP
330 E. Kilbourn Ave.
Milwaukee, WI 53202

Advanced Radiology Services
P.O. Box 776446
Chicago, IL 60677

Advanced Vascular Surgery
1815 Henson Avenue
Kalamazoo, MI 49048

Airgas USA, LLC
P.O. Box 802576
Chicago, IL 60680

Alcaraz, Estefania
115 W. Arlington Street
Bangor, MI 49013

Alfieri, Ashley
08636 M 140
South Haven, MI 49090

Allred, Tammy M.
1080 West Lane
Benton Harbor, MI 49022

American Medical Equipment
861 Taylor Rd., Ste. i
Columbus, OH 43260

American Medical Response of MI
517 Division Ave S
Grand Rapids, MI 49503

American Mobile Dental
24293 Telegraph Road
Suite 212
Southfield, MI 48033

Applied Imaging
5555 Glenwood Hills Parkway SE
Grand Rapids, MI 49512

Arcadia Services, Inc.
2300 Warrenville Road
Suite 100
Downers Grove, IL 60515

Armstrong Nutrition Management
101 Parkview Extension Drive
Kittanning, PA 16201

Ashley Wallace Properties, LLC
1001 Woodward Ave.
5th Floor, Ste. 05A128
Detroit, MI 48226

Assured Partners
285 Cozzins Street
Columbus, OH 43215

Atrium Centers Inc.
c/o Jonathan Martone
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Automatic Door Service
4549 40th Street SE
Grand Rapids, MI 49512

BankDirect Capital Finance
P.O. Box 660448
Dallas, TX 75266-0448


Bardens Farm Market
427 71st Street
South Haven, MI 49090


Best Way Disposal
7901 Dan Smith Road
Watervliet, MI 49098


Bimbo Bakeries USA
P.O. Box 842437
Boston, MA 02284


BioMedical Solutions, Inc.
318 W. Wright Avenue
Shepherd, MI 48883


Bob DeYoung
1710 Baker Drive
Kalamazoo, MI 49048


Bouquenoy, Jennifer S.
62569 M-43
Bangor, MI 49013


Breeze Medical Equipment
06899 44th Street
Bloomingdale, MI 49026


Bronson Methodist Hospital
601 John Street
Kalamazoo, MI 49007


Bronson South Haven Hospital
955 S Bailey Ave
South Haven, MI 49090


Brown & Bigelow
P.O. Box 1450 NW 8554
Minneapolis, MN 55485

Browns Locksmith and Hardware
2912 Niles Avenue
Saint Joseph, MI 49085


Burson, Jordan K.
67818 S. Ridgewood Drive
South Haven, MI 49090


Busscher's Pumping, Inc.
11305 E. Lakewood Boulevard
Holland, MI 49424


C & R's Out on a Limb Tree Care
35005 66th Street
Bangor, MI 49013


C.C. Communications Inc.
29577 Costello Drive
New Hudson, MI 48165


Canney's Water Conditioning
3712 Miller Road
Kalamazoo, MI 49001


CareLinc Medical Equipment & Supply
89 54th Street S.W.
Grand Rapids, MI 49548-5503


Carmelo Scalzi
28470 Herndonwood
Farmington Hills, MI 48334


Centsible Heating and Air-Conditioning
6740 Red Arrow Highway
Coloma, MI 49038


Certified Building Solutions
1665 Holton Road
Muskegon, MI 49445


Chippewa Valley, LLC
303 International Circle, Ste. 200
Hunt Valley, MD 21030

CHS Therapy
7251 Engle Road, Ste. 350
Cleveland, OH 44130

City of South Haven
539 Phoenx Street
South Haven, MI 49090

Clean Earth
5189 King Highway
Kalamazoo, MI 49048

CLM Enterprises Inc
1971 East E. Street
Suite 216
Grand Rapids, MI 49525

Clog Squad
3781 144th Avenue
Hamilton, MI 49419

Coast to Coast
101 Hodencamp Road
Suite 120
Thousand Oaks, CA 91360

Comcast
P.O. Box 70219
Philadelphia, PA 19176

Commercial Magazine Service of Holland
P.O.Box 819
Holland, OH 43528

Confessco Fire Protection
411 Ottawa Street
Muskegon, MI 49442

Cooper, Ntozake
135 Apple Avenue
Benton Harbor, MI 49022

Corke, Stacey
PO Box 51
Grand Junction, MI 49056

Cotton, Glenda
2481 Kurt Road
Benton Harbor, MI 49022


Couwlier, Kristania L.
37075 Brynford Drive
Clinton Township, MI 48036


Cowell, Lila L.
16764 64th Street
South Haven, MI 49090


Cravens, Susan L.
319 Prospect Street
South Haven, MI 49090


Culligan Water
314 Western Avenue
Allegan, MI 49010


Cummins Sales and Service
3715 Clay Avenue SW
Grand Rapids, MI 49548


D & G Services LLC
8988 116th Avenue
West Olive, MI 49460


DeBest Inc.
107 72nd Street
South Haven, MI 49090


Destanie Krugler
75641 16th Ave., Lot 30
South Haven, MI 49090


Dickinson Wright
2600 West Big Beaver, Ste. 300
Troy, MI 48084


Diemer, Brenda S.
07681 60th Street
South Haven, MI 49090

Direct Supply
P.O. Box 88201
Milwaukee, WI 53288


DirecTV
P.O. Box 5006
Carol Stream, IL 60197


Dover Grease Traps, Inc.
16585 13 Mile Road
Fraser, MI 48026


EcoLab
P.O. Box 70343
Chicago, IL 60673


ECS Solutions
P.O.Box 402
Tiffin, OH 44883


Ern Hooten Entertainment Services
1033 Washington Boulevard
Lake Odessa, MI 48849


Fischer, Anthony
13228 Chestnut
Southgate, MI 48195


Fusion Medical Staffing
P.O. Box 82674
Lincoln, NE 68501-2674


Getman, SueAnn
726 Francis Street
South Haven, MI 49090


Goble, Erica R.
8940 Danneffel Road
Watervliet, MI 49098


Gordon Food Service
1350 Mall Drive
Benton Harbor, MI 49022

Graham, Jennifer
2900 Cleveland Avenue
Saint Joseph, MI 49085


Grainger
3803 Roger B. Chaffee Memorial Blvd. SE
Grand Rapids, MI 49548


Grandview Healthcare, LLC
d/b/a Grandview Pharmacy, c/o CVS
Attn:  Karen Dailey, Director of Credit
444 N. 445h Street
Phoenix, AZ 85008


Griffin Pest Solutions
1606 Monumentum Drive
Chicago, IL 60689


Gruppen, Ashley
1953 W. 32nd Street
Holland, MI 49423


Harbor House Publishing
221 Water Street
Boyne City, MI 49712


Haven Heating and Air Conditioning
08600 M-140
South Haven, MI 49090


HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150


Health Care Association of Michigan
7413 Westshire Drive
Lansing, MI 48917


HealthTeq Services
1110 Brickell Avenue
Suite 430
Miami, FL 33131

Heart Start Training Services
5336 Azalea Street
Portage, MI 49002


Heartfield, Vernitria
848 Kalamazoo Street
South Haven, MI 49090


Heaven Scent
5001 Carmody Road
Coloma, MI 49038


High Speed Capital LLC
116 Nassau Street
Suite 804
New York, NY 10004


Hobart Service Sales
5775 EAst Cork Street
Kalamazoo, MI 49048


Hospital Network Healthcare Services
6212 American Avenue
Portage, MI 49002


HPSI Purchasing Services
P.O. Box 9382
Wyoming, MI 49509


Huitt, Mikayla K.
68304 County Road 380
South Haven, MI 49090


Hurn, Bryce C.
13656 Deercreek Drive
South Haven, MI 49090


IDEMIA
6840 Carothers Parkway
Suite 650
Franklin, TN 37067


Infinisource Benefit Solutions
P.O. Box 889
Coldwater, MI 49036

Jackson, Latrice M.
72300 Erika Way
#306
South Haven, MI 49090


Jackson, Pearlie
972 Colonial Drive
Benton Harbor, MI 49022


JCCS Solutions
612 Main Street
Vermilion, OH 44089


Jenlar Products, Inc.
P.O. Box 2541
Warminster, PA 18974


Jensen, Kay
01231 County Road 681
Grand Junction, MI 49056


Joerns Healthcare LLC
P.O. Box 933733
Atlanta, GA 31193


John Marion Kim, DMD, PC
3102 Niles Road
Saint Joseph, MI 49085


K&L Transport
1015 Agard
Benton Harbor, MI 49022


KCI
441 Wolf Ledges Parkway
Suite 203
Akron, OH 44311


Kroehler, Yvonne R.
41365 30th Street
Paw Paw, MI 49079


Lakeland Community Hospital
P.O. Box 27
Saint Joseph, MI 49085

Lakeland Heart and Vascular
P.O. Box 410
Saint Joseph, MI 49085

Lakeland Hospital at Niles
1234 Napier Avenue
Saint Joseph, MI 49085

Lakeshore Landscape & Design
P.O. Box 508
South Haven, MI 49090

Lakeshore Plumbing & Septic
P.O.Box 642
South Haven, MI 49090

Lambert, Richard  G.
3750 67th Street
South Haven, MI 49090

Langfords Refrigeration
2482 54th Street
Fennville, MI 49408

Life EMS
1275 Cedar Street NE
Grand Rapids, MI 49503

Little, Amber
14 W. Bernard Street
Hartford, MI 49057

Living Design Inc.
47015 SD Highway 44
Worthing, SD 57077

Lodge Vision
S2634 County Road BD
Suite 1
Baraboo, WI 53913

Mall City Mechanical
7184 Douglas Avenue
Kalamazoo, MI 49009

Marshall, Darcie M.
2177 Ann Drive
Saint Joseph, MI 49085


Matthew Barber
4101 Broadway Street
Pekin, IL 61554


McKesson Medical Surgical
P.O. Box 634404
Cincinnati, OH 45263


Medica 1 Community Emergency Service
P.O. Box 1563
Benton Harbor, MI 49023


Medical Diagnostics Services Inc.
4479 Pontiac Lake Road
Suite 1D
Waterford, MI 48328


Medical Solutions LLC
1010 N. 102nd Street
Suite 300
Omaha, NE 68114


Medrano-Calderon, Maria Del-Carmen
35921 66th Street
Bangor, MI 49013


Menards
125 73rd Street
South Haven, MI 49090


Michael Schaeffer
1917 Fruitwood Drive NW
Grand Rapids, MI 49504


Michael Shotts
7604 Red Arrow Hwy.
Suite 174
Watervliet, MI 49098

Michigan Department
of Health and Human Services
333 S. Grand Ave.
PO Box 30195
Lansing, MI 48909


Michigan Gas Utilities
P.O. Box 3140
Milwaukee, WI 53201


Middleton, Jamie
75641 16th Avenue
#30
South Haven, MI 49090


Midwest Food Equipment
3310 Redmond Ave
Kalamazoo, MI 49001


Miltech Inc.
3776 Division Avenue
Wayland, MI 49348


Mobilex USA
P.O. Box 17462
Baltimore, MD 21297


Moore, Judy K.
1415 Greenhouse Road
Bangor, MI 49013


Morrison, Maureen
219 66th Street
South Haven, MI 49090


NexGen MDx
801 Broadway Ave. NW Unit 203
Grand Rapids, MI 49504


No-Spin Services, LLC
62795 8th Avenue
South Haven, MI 49090

Norman Maly, DDS
05055 Bluestar Highway
South Haven, MI 49090


Northview Health Specialists Medical
3402 Jules Lillian Drive NE
Grand Rapids, MI 49525


Omega Healthcare Investors, Inc.
Chippewa Valley, LLC
Alex Pirigyi
303 International Circle, STe. 200
Cockeysville, MD 21030


Omega Healthcare Investors, Inc.
Alex Pirigyi
303 International Circle, Ste. 200
Cockeysville, MD 21030


One America
P.O. Box 6123
Indianapolis, IN 46206


One Staff Medical
11718 Nicholas Street
Omaha, NE 68102


Optima Healthcare Solutions
4229 SW High Meadows Avenue
Palm City, FL 34990


Orbit Medical
332 E. 3300 South
Suite 200
Salt Lake City, UT 84115


Pate, Stephanie
509 Broadway Street
South Haven, MI 49090


Paycor
4811 Montgomery Road
Cincinnati, OH 45212

Penny Kirby
483 North West Street
Coloma, MI 49038


Performance Health Supply
28100 Torch Parkway
Suite 700
Warrenville, IL 60555


Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Plummers Waste Group
4750 Clyde Park Avenue SW
Suite A
Wyoming, MI 49509


Point Click Care
120 Corpoprate Woods, Ste. 250
Rochester, NY 14623


Prairie Farms
126 Brady Road
Battle Creek, MI 49037


Prewitt, Doretha
1010 6th Avenue
South Haven, MI 49090


PrideCare Ambulance
P.O. Box 2288
Kalamazoo, MI 49003


Prifogle Group, LLC
911 Hearthside Court
Brownsburg, IN 46112


Prim, Rhonda
8940 Danneffel Road
Watervliet, MI 49098


Priority Health
3915 Momentum Place
Chicago, IL 60689

Professional Medical, Inc.
P.O Box 1243
Bedford Park, IL 60499

QCI Healthcare
2805 Coit Avenue NE
Grand Rapids, MI 49505

Quality Air
41930 Joy Road
Plymouth, MI 48170

Raday, Kathryn A.
75641 16th Avenue
South Haven, MI 49090

Rawson, Rebecca
57917 Territorial Road
Lawrence, MI 49064

Redmon Heating and Cooling
3736 28th Street SW
Grandville, MI 49418

Reed, Aileen B.
3201 Baseline Road
South Haven, MI 49090

Reliance Standard
P.O. Box 82510
Lincoln, NE 68501

Republic Services
2471 Wilshere Drive
Jenison, MI 49428

Ricoh
P.O. Box 650016
Dallas, TX 75265

Rogers, Nicki J.
69159 M-43
South Haven, MI 49090

Rose Pest Control
P.O. Box 309
Troy, MI 48099


Roys Computer Repair
04074 CR 215
P.O. Box 7
Grand Junction, MI 49056


Rupczynski, Louise E.
53693 28th Avenue
Bangor, MI 49013


Sarrett Nature Center
2300 Benton Center Road
Benton Harbor, MI 49022


Scott Robbins
6885 Ravine Road
Kalamazoo, MI 49009


Secure Care Systems, Inc.
6968 Engle Road
Cleveland, OH 44130


Senior Vision Services
10826 Old Mill Road
Suite 101
Omaha, NE 68154


Sentimental Reflections
P.O. Box 14716
Cincinnati, OH 45250


Serenity Aquarium & Aviary Services
7260 Commerce Plaza Drive
Neenah, WI 54956


Shivers, Teja-Nae S.
2088 E. Empire Avenue
Lot 219
Benton Harbor, MI 49022

Shoreline Ortho & Sports Medicine Clinic
370 N. 120th Avenue
Suite 20
Holland, MI 49424


Sikes, Heaven R.
8940 Danneffel Road
Watervliet, MI 49098


Silita Gist
120 Baseline Road
South Haven, MI 49090


Silverside Senior Living, LLC
f/k/a ACM Senior Living, LLC
13228 Chestnut
Southgate, MI 48195


SLI Custom Signs & Apparel
5981 Telegraph Road
Toledo, OH 43612


Smith, Michelle L.
505 55th Street
Pullman, MI 49450


SNF Receivable Solutions, LLC
P.O. Box 216
Thonotosassa, FL 33592


South Haven Area Ambulance
P.O. Box 2122
Riverview, MI 48193


South Haven Area Chamber of Commerce
606 Phillips Street
South Haven, MI 49090


Southeastern Equipment & Supply
1919 Old Dunbar Road
West Columbia, SC 29172


Southwestern MI Emergency Services
P.O. Box 808
Grand Rapids, MI 49518

Spectrum Health Hospitals
P.O. Box 2127
Grand Rapids, MI 49501


Spoon Man Inc.
P.O. Box 53
Jenison, MI 49429


Staples
P.O. Box 660409
Dallas, TX 75266


Steward, Nicole F.
76610 34th Avenue
Covert, MI 49043


TEED Heating and Cooling
340 Washington Street
P.O. Box 390
Coloma, MI 49038


Thatcher Computer Consulting
4211 Okemos Road
Suite 15
Okemos, MI 48864


The Rapid Group, LLC
P.O. Box 248
Grandville, MI 49468


The Rose Shop
764 Lagrange Street
South Haven, MI 49090


The Strum Bums
4040 Fikes Road
Benton Harbor, MI 49022


TNT Home Services LLC
09521 35th Street
Gobles, MI 49055


Total Fire and Security, LLC
5062 Kendrick Court SE
Grand Rapids, MI 49512

Tyrell and Natalie Peterson
1278 Haverhill Drive
Plymouth, MI 48170


Universal Printing Solutions
10573 West Pico Boulevard
Suite 610
Los Angeles, CA 90064


Utley, Brittany N.
22 1/2 S. Center Street
Hartford, MI 49057


VBEMS Inc.
P.O. Box 33726
Detroit, MI 48232


Ventura, Erika
56560 M-43
Bangor, MI 49013


Veronica Heartfield
120 Baseline Road
South Haven, MI 49090


Wolverine ACE Hardware
530 Huron Street
South Haven, MI 49090


Wolverine Power Systems
3229 80th Avenue
Zeeland, MI 49464


Yancy, Jennifer J.
6119 Huron Street
Coloma, MI 49038-9432