**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**
**Third Amendments**

**Case Name:** Graceway South Haven, LLC          **Case No.:** 21-44888-lsg

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

❑ **Amendment to Petition:**
　　　❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
　　　❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)
❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❑ **Statement of Financial Affairs**
☒ **Schedules and List of Creditors:**
　❑ Schedule A/B
　❑ Schedule C ❑ Debtor 2 Schedule C
　☒ List of Creditors ❑ Schedule D ☒ Schedule E/F  and
　　　☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$32.00 Fee Required**, or
　　　☒ Change address of a creditor already on the List of Creditors – **No Fee Required**
　❑ Schedule G
　❑ Schedule H
　❑ Schedule I
　❑ Schedule J
　❑ Schedule J-2

　　**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s): (1)** Corrected Addresses and Additions

| | **DECLARATION OF ATTORNEY: I** declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date  7/7/2021 | Signature /s/ Lynn M. Brimer |
| ➡ | **AFFIRMATION OF DEBTOR(S):  I** declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 7/7/2021 | Signature /s/ Anthony Fischer, Jr. |

# CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| ACM Senior Living | ACM Senior Living |
| 1001 Woodward Avenue | 13228 Chestnut |
| Floor 5, Suite 05A117 | Southgate, MI 48195 |
| Detroit, MI 48226 | |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| American Medical Response of MI | American Medical Response of MI |
| 50 South Main Street | 517 Division Ave S |
| Suite 400 | Grand Rapids, MI 49503 |
| Akron, OH 44308 | |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Ashley Wallace Properties, LLC | Ashley Wallace Properties, LLC |
| 1001 Woodward Ave. | 13228 Chestnut |
| Floor 5, Suite 05A128 | Southgate, MI 48195 |
| Detroit, MI 48226 | |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Bronson South Haven Hospital | Bronson South Haven Hospital |
| P.O. Box 77000 | 955 S Bailey Ave |
| Detroit, MI 48277-2000 | South Haven, MI 49090 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Brown & Bigelow | Brown & Bigelow |
| P.O. Box 1450 NW 8554 | 345 Plato Blvd. E. |
| Minneapolis, MN 55485 | St. Paul, MN 55107 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Midwest Food Equipment | Midwest Food Equipment |
| P.O. Box 2805 | 3310 Redmond Ave |
| Grand Rapids, MI 49501-2805 | Kalamazoo, MI 49001 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Point Click Care | PointClickCare |
| 120 Corpoprate Woods, Ste. 250 | 120 Corporate Woods, Ste. 250 |
| Rochester, NY 14623 | Rochester, NY 14623 |

# ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.
NAME OF CREDITOR:

ADDRESS:          See Attached Exhibit A

## Exhibit A

| Name | Address1 | Address2 | City | State | Zip |
|------|----------|----------|------|-------|-----|
| Ability Network Inc. | Butler Square, 100 N. 6th Street, Ste. 900A | | Minneapolis | MN | 55403 |
| ADP | 330 E. Kilbourn Ave. | | Milwaukee | WI | 53202 |
| Alcaraz, Estefania | 115 W. Arlington Street | | Bangor | MI | 49013 |
| Alfieri, Ashley | 08636 M 140 | | South Haven | MI | 49090 |
| Allred, Tammy M. | 1080 West Lane | | Benton Harbor | MI | 49022 |
| Bouquenoy, Jennifer S. | 62569 M-43 | | Bangor | MI | 49013 |
| Burson, Jordan K. | 67818 S. Ridgewood Drive | | South Haven | MI | 49090 |
| Cooper, Ntozake | 135 Apple Avenue | | Benton Harbor | MI | 49022 |
| Corke, Stacey | PO Box 51 | | Grand Junction | MI | 49056 |
| Cotton, Glenda | 2481 Kurt Road | | Benton Harbor | MI | 49022 |
| Couwlier, Kristania L. | 37075 Brynford Drive | | Clinton Township | MI | 48036 |
| Cowell, Lila L. | 16764 64th Street | | South Haven | MI | 49090 |
| Cravens, Susan L. | 319 Prospect Street | | South Haven | MI | 49090 |
| Destanie Krugler | 75641 16th Ave., Lot 30 | | South Haven | MI | 49090 |
| Diemer, Brenda S. | 07681 60th Street | | South Haven | MI | 49090 |
| Fischer, Anthony | 13228 Chestnut | | Southgate | MI | 48195 |
| Getman, SueAnn | 726 Francis Street | | South Haven | MI | 49090 |
| Goble, Erica R. | 8940 Danneffel Road | | Watervliet | MI | 49098 |
| Graham, Jennifer | 2900 Cleveland Avenue | | Saint Joseph | MI | 49085 |
| Gruppen, Ashley | 1953 W. 32nd Street | | Holland | MI | 49423 |
| Heartfield, Vernitria | 848 Kalamazoo Street | | South Haven | MI | 49090 |
| Huitt, Mikayla K. | 68304 County Road 380 | | South Haven | MI | 49090 |
| Hurn, Bryce C. | 13656 Deercreek Drive | | South Haven | MI | 49090 |
| Jackson, Latrice M. | 72300 Erika Way | #306 | South Haven | MI | 49090 |
| Jackson, Pearlie | 972 Colonial Drive | | Benton Harbor | MI | 49022 |
| Jensen, Kay | 01231 County Road 681 | | Grand Junction | MI | 49056 |
| Kroehler, Yvonne R. | 41365 30th Street | | Paw Paw | MI | 49079 |
| Lambert, Richard G. | 3750 67th Street | | South Haven | MI | 49090 |
| Little, Amber | 14 W. Bernard Street | | Hartford | MI | 49057 |
| Marshall, Darcie M. | 2177 Ann Drive | | Saint Joseph | MI | 49085 |
| Medrano-Calderon, Maria Del-Carmen | 35921 66th Street | | Bangor | MI | 49013 |
| Middleton, Jamie | 75641 16th Avenue | #30 | South Haven | MI | 49090 |
| Moore, Judy K. | 1415 Greenhouse Road | | Bangor | MI | 49013 |

| Name | Address | | City | State | ZIP |
|------|---------|--|------|-------|-----|
| Morrison, Maureen | 219 66th Street | | South Haven | MI | 49090 |
| Pate, Stephanie | 509 Broadway Street | | South Haven | MI | 49090 |
| Penny Kirby | 483 North West Street | | Coloma | MI | 49038 |
| Prewitt, Doretha | 1010 6th Avenue | | South Haven | MI | 49090 |
| Prim, Rhonda | 8940 Danneffel Road | | Watervliet | MI | 49098 |
| Raday, Kathryn A. | 75641 16th Avenue | | South Haven | MI | 49090 |
| Rawson, Rebecca | 57917 Territorial Road | | Lawrence | MI | 49064 |
| Reed, Aileen B. | 3201 Baseline Road | | South Haven | MI | 49090 |
| Rogers, Nicki J. | 69159 M-43 | | South Haven | MI | 49090 |
| Rupczynski, Louise E. | 53693 28th Avenue | | Bangor | MI | 49013 |
| Shivers, Teja-Nae S. | 2088 E. Empire Avenue | Lot 219 | Benton Harbor | MI | 49022 |
| Sikes, Heaven R. | 8940 Danneffel Road | | Watervliet | MI | 49098 |
| Smith, Michelle L. | 505 55th Street | | Pullman | MI | 49450 |
| Steward, Nicole F. | 76610 34th Avenue | | Covert | MI | 49043 |
| Utley, Brittany N. | 22 1/2 S. Center Street | | Hartford | MI | 49057 |
| Ventura, Erika | 56560 M-43 | | Bangor | MI | 49013 |
| Yancy, Jennifer J. | 6119 Huron Street | | Coloma | MI | 49038-9432 |

Debtor name **Graceway South Haven, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-44888**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alcaraz, Estefania**<br>**115 W. Arlington Street**<br>**Bangor, MI 49013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,096.00 | $2,096.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Alfieri, Ashley**<br>**08636 M 140**<br>**South Haven, MI 49090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,701.00 | $1,701.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor  **Graceway South Haven, LLC**
        Name

Case number (if known)  **21-44888**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|-----|-----|-----|-----|-----|
| | **Allred, Tammy M.** | Check all that apply. | | |
| | **1080 West Lane** | ☐ Contingent | | |
| | **Benton Harbor, MI 49022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|-----|-----|-----|-----|-----|
| | **Bouquenoy, Jennifer S.** | Check all that apply. | | |
| | **62569 M-43** | ☐ Contingent | | |
| | **Bangor, MI 49013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.00 | $1,232.00 |
|-----|-----|-----|-----|-----|
| | **Burson, Jordan K.** | Check all that apply. | | |
| | **67818 S. Ridgewood Drive** | ☐ Contingent | | |
| | **South Haven, MI 49090** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496.00 | $496.00 |
|-----|-----|-----|-----|-----|
| | **Cooper, Ntozake** | Check all that apply. | | |
| | **135 Apple Avenue** | ☐ Contingent | | |
| | **Benton Harbor, MI 49022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Debtor **Graceway South Haven, LLC**
Name

Case number (if known) **21-44888**

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.00 | $768.00 |

| 2.7 | Priority creditor's name and mailing address<br>**Corke, Stacey**<br>**PO Box 51**<br>**Grand Junction, MI 49056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $768.00 | $768.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Cotton, Glenda**<br>**2481 Kurt Road**<br>**Benton Harbor, MI 49022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,545.60 | $1,545.60 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Couwlier, Kristania L.**<br>**37075 Brynford Drive**<br>**Clinton Township, MI 48036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,980.00 | $1,980.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Cowell, Lila L.**<br>**16764 64th Street**<br>**South Haven, MI 49090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,560.00 | $2,560.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Graceway South Haven, LLC | | Case number (if known) | 21-44888 |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,153.84 | $6,153.84 |
|---|---|---|---|---|
| | **Cravens, Susan L.**<br>**319 Prospect Street**<br>**South Haven, MI 49090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $286.00 | $286.00 |
|---|---|---|---|---|
| | **Destanie Krugler**<br>**75641 16th Ave., Lot 30**<br>**South Haven, MI 49090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,760.00 | $1,760.00 |
|---|---|---|---|---|
| | **Diemer, Brenda S.**<br>**07681 60th Street**<br>**South Haven, MI 49090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,461.60 | $8,461.60 |
|---|---|---|---|---|
| | **Fischer, Anthony**<br>**13228 Chestnut**<br>**Southgate, MI 48195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**Getman, SueAnn**
**726 Francis Street**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,720.00 | $3,720.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Goble, Erica R.**
**8940 Danneffel Road**
**Watervliet, MI 49098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,430.00 | $1,430.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Graham, Jennifer**
**2900 Cleveland Avenue**
**Saint Joseph, MI 49085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,923.08 | $6,923.08

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Gruppen, Ashley**
**1953 W. 32nd Street**
**Holland, MI 49423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,200.00 | $3,200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,278.40 | $2,278.40 |
|---|---|---|---|---|

**Heartfield, Vernitria**
848 Kalamazoo Street
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.00 | $704.00 |
|---|---|---|---|---|

**Huitt, Mikayla K.**
68304 County Road 380
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.50 | $643.50 |
|---|---|---|---|---|

**Hurn, Bryce C.**
13656 Deercreek Drive
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,560.00 | $2,560.00 |
|---|---|---|---|---|

**Jackson, Latrice M.**
72300 Erika Way
#306
South Haven, MI 49090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Jackson, Pearlie**
**972 Colonial Drive**
**Benton Harbor, MI 49022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,536.00** | **$1,536.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**Jensen, Kay**
**01231 County Road 681**
**Grand Junction, MI 49056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,760.00** | **$1,760.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Kroehler, Yvonne R.**
**41365 30th Street**
**Paw Paw, MI 49079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,670.00** | **$5,670.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Lambert, Richard  G.**
**3750 67th Street**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,215.00** | **$1,215.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Graceway South Haven, LLC**            Case number (if known)  **21-44888**
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,675.00 | $1,675.00 |
|---|---|---|---|---|

**Little, Amber**
**14 W. Bernard Street**
**Hartford, MI 49057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number        Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
                                     ☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**Marshall, Darcie M.**
**2177 Ann Drive**
**Saint Joseph, MI 49085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number        Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
                                     ☐ Yes

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,137.60 | $2,137.60 |
|---|---|---|---|---|

**Medrano-Calderon, Maria**
**Del-Carmen**
**35921 66th Street**
**Bangor, MI 49013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number        Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
                                     ☐ Yes

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.00 | $2,880.00 |
|---|---|---|---|---|

**Middleton, Jamie**
**75641 16th Avenue**
**#30**
**South Haven, MI 49090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred         Basis for the claim:

Last 4 digits of account number        Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)     ■ No
                                     ☐ Yes

Debtor    **Graceway South Haven, LLC**                          Case number (if known)    **21-44888**
          Name

| 2.31 | Priority creditor's name and mailing address<br>**Moore, Judy K.**<br>**1415 Greenhouse Road**<br>**Bangor, MI 49013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,115.39 | $5,115.39 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address<br>**Morrison, Maureen**<br>**219 66th Street**<br>**South Haven, MI 49090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $704.38 | $704.38 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address<br>**Pate, Stephanie**<br>**509 Broadway Street**<br>**South Haven, MI 49090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,286.40 | $1,286.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address<br>**Penny Kirby**<br>**483 North West Street**<br>**Coloma, MI 49038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,248.00 | $2,248.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.50 | $1,436.50 |
|---|---|---|---|---|

**Prewitt, Doretha**
**1010 6th Avenue**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | | $3,360.00 | $3,360.00 |
|---|---|---|---|---|

**Prim, Rhonda**
**8940 Danneffel Road**
**Watervliet, MI 49098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,736.00 | $2,736.00 |
|---|---|---|---|---|

**Raday, Kathryn A.**
**75641 16th Avenue**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,712.00 | $4,712.00 |
|---|---|---|---|---|

**Rawson, Rebecca**
**57917 Territorial Road**
**Lawrence, MI 49064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address

**Reed, Aileen B.**
**3201 Baseline Road**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,049.60    $2,049.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.40** | Priority creditor's name and mailing address

**Rogers, Nicki J.**
**69159 M-43**
**South Haven, MI 49090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$704.00    $704.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.41** | Priority creditor's name and mailing address

**Rupczynski, Louise E.**
**53693 28th Avenue**
**Bangor, MI 49013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,287.60    $1,287.60

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.42** | Priority creditor's name and mailing address

**Shivers, Teja-Nae S.**
**2088 E. Empire Avenue**
**Lot 219**
**Benton Harbor, MI 49022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$960.00    $960.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Graceway South Haven, LLC**
　　　Name

Case number (if known) **21-44888**

| | | | | |
|---|---|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Sikes, Heaven R.**<br>**8940 Danneffel Road**<br>**Watervliet, MI 49098** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $907.50 | $907.50 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.44 | Priority creditor's name and mailing address<br>**Smith, Michelle L.**<br>**505 55th Street**<br>**Pullman, MI 49450** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,256.00 | $2,256.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.45 | Priority creditor's name and mailing address<br>**Steward, Nicole F.**<br>**76610 34th Avenue**<br>**Covert, MI 49043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,276.00 | $1,276.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.46 | Priority creditor's name and mailing address<br>**Utley, Brittany N.**<br>**22 1/2 S. Center Street**<br>**Hartford, MI 49057** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,025.00 | $2,025.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,334.50 | $2,334.50 |
|---|---|---|---|---|

**2.47** Priority creditor's name and mailing address
**Ventura, Erika**
56560 M-43
Bangor, MI 49013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,334.50     $2,334.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.48** Priority creditor's name and mailing address
**Yancy, Jennifer J.**
6119 Huron Street
Coloma, MI 49038-9432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,960.00     $4,960.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**A-1 Hood and Vent Cleaning**
2127 16th Street
Hopkins, MI 49328

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Ability Network Inc.**
Butler Square
100 N. 6th Street, Ste. 900A
Minneapolis, MN 55403

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,104.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**ACM Senior Living**
13228 Chestnut
Southgate, MI 48195

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Graceway South Haven, LLC**
Name

Case number (if known) **21-44888**

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,685.55 |
|---|---|---|---|

**Action Plumbing & Mechanical, Inc.**
1134 Morren Court
Wayland, MI 49348

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,466.15 |
|---|---|---|---|

**ADP**
330 E. Kilbourn Ave.
Milwaukee, WI 53202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Advanced Radiology Services**
P.O. Box 776446
Chicago, IL 60677

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.18 |
|---|---|---|---|

**Advanced Vascular Surgery**
1815 Henson Avenue
Kalamazoo, MI 49048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.50 |
|---|---|---|---|

**Airgas USA, LLC**
P.O. Box 802576
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,013.00 |
|---|---|---|---|

**American Medical Equipment**
861 Taylor Rd., Ste. i
Columbus, OH 43260

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.55 |
|---|---|---|---|

**American Medical Response of MI**
517 Division Ave S
Grand Rapids, MI 49503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Graceway South Haven, LLC**
         Name

Case number (if known)   **21-44888**

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**American Mobile Dental**
24293 Telegraph Road
Suite 212
Southfield, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.55 |
|---|---|---|---|

**Applied Imaging**
5555 Glenwood Hills Parkway SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,420.00 |
|---|---|---|---|

**Arcadia Services, Inc.**
2300 Warrenville Road
Suite 100
Downers Grove, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,369.35 |
|---|---|---|---|

**Armstrong Nutrition Management**
101 Parkview Extension Drive
Kittanning, PA 16201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Ashley Wallace Properties, LLC**
13228 Chestnut
Southgate, MI 48195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2019; 4/11/2019

Basis for the claim:  Notes Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Assured Partners**
285 Cozzins Street
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233,860.18 |
|---|---|---|---|

**Atrium Centers Inc.**
c/o Jonathan Martone
151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Automatic Door Service**
4549 40th Street SE
Grand Rapids, MI 49512

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,190.42 |
|---|---|---|---|

**BankDirect Capital Finance**
P.O. Box 660448
Dallas, TX 75266-0448

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Insurance premium financing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bardens Farm Market**
427 71st Street
South Haven, MI 49090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,296.00 |
|---|---|---|---|

**Best Way Disposal**
7901 Dan Smith Road
Watervliet, MI 49098

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bimbo Bakeries USA**
P.O. Box 842437
Boston, MA 02284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BioMedical Solutions, Inc.**
318 W. Wright Avenue
Shepherd, MI 48883

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bob DeYoung**
1710 Baker Drive
Kalamazoo, MI 49048

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Breeze Medical Equipment**
06899 44th Street
Bloomingdale, MI 49026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,337.00** |
|---|---|---|---|

**Bronson Methodist Hospital**
601 John Street
Kalamazoo, MI 49007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,493.37** |
|---|---|---|---|

**Bronson South Haven Hospital**
955 S Bailey Ave
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown & Bigelow**
345 Plato Boulevard East
Saint Paul, MN 55107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Browns Locksmith and Hardware**
2912 Niles Avenue
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Busscher's Pumping, Inc.**
11305 E. Lakewood Boulevard
Holland, MI 49424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C & R's Out on a Limb Tree Care**
35005 66th Street
Bangor, MI 49013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**C.C. Communications Inc.**
29577 Costello Drive
New Hudson, MI 48165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Canney's Water Conditioning**
3712 Miller Road
Kalamazoo, MI 49001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,715.26** |
|---|---|---|---|

**CareLinc Medical Equipment & Supply**
89 54th Street S.W.
Grand Rapids, MI 49548-5503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carmelo Scalzi**
28470 Herndonwood
Farmington Hills, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Centsible Heating and Air-Conditioning**
6740 Red Arrow Highway
Coloma, MI 49038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,761.00** |
|---|---|---|---|

**Certified Building Solutions**
1665 Holton Road
Muskegon, MI 49445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566,478.75** |
|---|---|---|---|

**Chippewa Valley, LLC**

303 International Circle, Ste. 200
Hunt Valley, MD 21030

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _unpaid rent_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Graceway South Haven, LLC**
          Name

Case number (if known)    **21-44888**

| | | |
|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address<br>**CHS Therapy**<br>**7251 Engle Road, Ste. 350**<br>**Cleveland, OH 44130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $332,334.36 |
| 3.40 | Nonpriority creditor's name and mailing address<br>**City of South Haven**<br>**539 Phoenx Street**<br>**South Haven, MI 49090**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $50,512.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>**Clean Earth**<br>**5189 King Highway**<br>**Kalamazoo, MI 49048**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,055.00 |
| 3.42 | Nonpriority creditor's name and mailing address<br>**CLM Enterprises Inc**<br>**1971 East E. Street**<br>**Suite 216**<br>**Grand Rapids, MI 49525**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Clog Squad**<br>**3781 144th Avenue**<br>**Hamilton, MI 49419**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Coast to Coast**<br>**101 Hodencamp Road**<br>**Suite 120**<br>**Thousand Oaks, CA 91360**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,558.98 |
| 3.45 | Nonpriority creditor's name and mailing address<br>**Comcast**<br>**P.O. Box 70219**<br>**Philadelphia, PA 19176**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $11,784.00 |

Debtor **Graceway South Haven, LLC**
       Name

Case number (if known) **21-44888**

| | | |
|---|---|---|
| 3.46 | Nonpriority creditor's name and mailing address<br>**Commercial Magazine Service of Holland**<br>P.O.Box 819<br>Holland, OH 43528 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $417.88 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.47 | Nonpriority creditor's name and mailing address<br>**Confessco Fire Protection**<br>411 Ottawa Street<br>Muskegon, MI 49442 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,643.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.48 | Nonpriority creditor's name and mailing address<br>**Culligan Water**<br>314 Western Avenue<br>Allegan, MI 49010 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,018.85 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.49 | Nonpriority creditor's name and mailing address<br>**Cummins Sales and Service**<br>3715 Clay Avenue SW<br>Grand Rapids, MI 49548 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,721.37 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address<br>**D & G Services LLC**<br>8988 116th Avenue<br>West Olive, MI 49460 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.51 | Nonpriority creditor's name and mailing address<br>**DeBest Inc.**<br>107 72nd Street<br>South Haven, MI 49090 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,150.98 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.52 | Nonpriority creditor's name and mailing address<br>**Dickinson Wright**<br>2600 West Big Beaver, Ste. 300<br>Troy, MI 48084 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,000.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Legal Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.92 |
|---|---|---|---|

**Direct Supply**
P.O. Box 88201
Milwaukee, WI 53288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,571.19 |
|---|---|---|---|

**DirecTV**
P.O. Box 5006
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Dover Grease Traps, Inc.**
16585 13 Mile Road
Fraser, MI 48026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,664.17 |
|---|---|---|---|

**EcoLab**
P.O. Box 70343
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,558.68 |
|---|---|---|---|

**ECS Solutions**
P.O.Box 402
Tiffin, OH 44883

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ern Hooten Entertainment Services**
1033 Washington Boulevard
Lake Odessa, MI 48849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,025.00 |
|---|---|---|---|

**Fusion Medical Staffing**
P.O. Box 82674
Lincoln, NE 68501-2674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Graceway South Haven, LLC**
       Name                                   Case number (if known)    **21-44888**

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Gordon Food Service**<br>**1350 Mall Drive**<br>**Benton Harbor, MI 49022**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$56,698.00** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**3803 Roger B. Chaffee Memorial Blvd. SE**<br>**Grand Rapids, MI 49548**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$29.70** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Grandview Healthcare, LLC**<br>**d/b/a Grandview Pharmacy, c/o CVS**<br>**Attn:  Karen Dailey, Director of Credit**<br>**444 N. 445h Street**<br>**Phoenix, AZ 85008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Goods<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$121,955.01** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Griffin Pest Solutions**<br>**1606 Monumentum Drive**<br>**Chicago, IL 60689**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Harbor House Publishing**<br>**221 Water Street**<br>**Boyne City, MI 49712**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,840.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Haven Heating and Air Conditioning**<br>**08600 M-140**<br>**South Haven, MI 49090**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,146.89** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**HD Supply Facilities Maintenance**<br>**P.O. Box 509058**<br>**San Diego, CA 92150**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$409.65** |

Debtor **Graceway South Haven, LLC**  Case number (if known)  **21-44888**
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,451.46 |

**Health Care Association of Michigan**
7413 Westshire Drive
Lansing, MI 48917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459,415.04 |

**HealthTeq Services**
1110 Brickell Avenue
Suite 430
Miami, FL 33131

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guaranty on a Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Heart Start Training Services**
5336 Azalea Street
Portage, MI 49002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Heaven Scent**
5001 Carmody Road
Coloma, MI 49038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,298.32 |

**Hobart Service Sales**
5775 EAst Cork Street
Kalamazoo, MI 49048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,780.00 |

**Hospital Network Healthcare Services**
6212 American Avenue
Portage, MI 49002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,958.72 |

**HPSI Purchasing Services**
P.O. Box 9382
Wyoming, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**IDEMIA**
**6840 Carothers Parkway**
**Suite 650**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Infinisource Benefit Solutions**
**P.O. Box 889**
**Coldwater, MI 49036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**JCCS Solutions**
**612 Main Street**
**Vermilion, OH 44089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$267.14** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Jenlar Products, Inc.**
**P.O. Box 2541**
**Warminster, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,082.24** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Joerns Healthcare LLC**
**P.O. Box 933733**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**John Marion Kim, DMD, PC**
**3102 Niles Road**
**Saint Joseph, MI 49085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,362.50** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**K&L Transport**
**1015 Agard**
**Benton Harbor, MI 49022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.00**

**KCI**
**441 Wolf Ledges Parkway**
**Suite 203**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,836.00**

**Lakeland Community Hospital**
**P.O. Box 27**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$486.00**

**Lakeland Heart and Vascular**
**P.O. Box 410**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,901.95**

**Lakeland Hospital at Niles**
**1234 Napier Avenue**
**Saint Joseph, MI 49085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Lakeshore Landscape & Design**
**P.O. Box 508**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Lakeshore Plumbing & Septic**
**P.O.Box 642**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.00**

**Langfords Refrigeration**
**2482 54th Street**
**Fennville, MI 49408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Graceway South Haven, LLC**                    Case number (if known)  **21-44888**
        Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Life EMS**
**1275 Cedar Street NE**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,822.91 |
|---|---|---|---|

**Living Design Inc.**
**47015 SD Highway 44**
**Worthing, SD 57077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.60 |
|---|---|---|---|

**Lodge Vision**
**S2634 County Road BD**
**Suite 1**
**Baraboo, WI 53913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,906.00 |
|---|---|---|---|

**Mall City Mechanical**
**7184 Douglas Avenue**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Matthew Barber**
**4101 Broadway Street**
**Pekin, IL 61554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.00 |
|---|---|---|---|

**Medica 1 Community Emergency Service**
**P.O. Box 1563**
**Benton Harbor, MI 49023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Medical Diagnostics Services Inc.**
**4479 Pontiac Lake Road**
**Suite 1D**
**Waterford, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,907.50 |
|------|-----|-----|-----|
| | **Medical Solutions LLC**<br>**1010 N. 102nd Street**<br>**Suite 300**<br>**Omaha, NE 68114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|
| | **Menards**<br>**125 73rd Street**<br>**South Haven, MI 49090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|
| | **Michael Schaeffer**<br>**1917 Fruitwood Drive NW**<br>**Grand Rapids, MI 49504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|
| | **Michael Shotts**<br>**7604 Red Arrow Hwy.**<br>**Suite 174**<br>**Watervliet, MI 49098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910,000.00 |
|------|-----|-----|-----|
| | **Michigan Department**<br>**of Health and Human Services**<br>**333 S. Grand Ave.**<br>**PO Box 30195**<br>**Lansing, MI 48909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|
| | **Michigan Gas Utilities**<br>**P.O. Box 3140**<br>**Milwaukee, WI 53201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|-----|-----|-----|
| | **Midwest Food Equipment**<br>**3310 Redmond Ave**<br>**Kalamazoo, MI 49001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Graceway South Haven, LLC**          Case number (if known)   **21-44888**
         Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $349.00 |
|---|---|---|---|

**Miltech Inc.**
**3776 Division Avenue**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,438.32 |
|---|---|---|---|

**Mobilex USA**
**P.O. Box 17462**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**NexGen MDx**
**801 Broadway Ave. NW Unit 203**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,981.00 |
|---|---|---|---|

**No-Spin Services, LLC**
**62795 8th Avenue**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Norman Maly, DDS**
**05055 Bluestar Highway**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Northview Health Specialists Medical**
**3402 Jules Lillian Drive NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**One America**
**P.O. Box 6123**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Graceway South Haven, LLC**      Case number *(if known)*    **21-44888**
Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,790.00 |
|---|---|---|---|

**One Staff Medical**
11718 Nicholas Street
Omaha, NE 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Optima Healthcare Solutions**
4229 SW High Meadows Avenue
Palm City, FL 34990

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Orbit Medical**
332 E. 3300 South
Suite 200
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

**Paycor**
4811 Montgomery Road
Cincinnati, OH 45212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Payroll Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.16 |
|---|---|---|---|

**Performance Health Supply**
28100 Torch Parkway
Suite 700
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.34 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Plummers Waste Group**
4750 Clyde Park Avenue SW
Suite A
Wyoming, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Graceway South Haven, LLC**
Name

Case number (if known)   **21-44888**

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.116**

**Nonpriority creditor's name and mailing address**
**PointClickCare**
**120 Corporate Woods, Ste. 250**
**Rochester, NY 14623**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,300.00**

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Prairie Farms**
**126 Brady Road**
**Battle Creek, MI 49037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118**

**Nonpriority creditor's name and mailing address**
**PrideCare Ambulance**
**P.O. Box 2288**
**Kalamazoo, MI 49003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Prifogle Group, LLC**
**911 Hearthside Court**
**Brownsburg, IN 46112**

Date(s) debt was incurred  **Guaranty of Note**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Priority Health**
**3915 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Professional Medical, Inc.**
**P.O Box 1243**
**Bedford Park, IL 60499**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,415.00**

---

**3.122**

**Nonpriority creditor's name and mailing address**
**QCI Healthcare**
**2805 Coit Avenue NE**
**Grand Rapids, MI 49505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,069.25**

| Debtor | **Graceway South Haven, LLC** | Case number (if known) | **21-44888** |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address
**Quality Air**
41930 Joy Road
Plymouth, MI 48170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$908.00**

---

**3.124** | Nonpriority creditor's name and mailing address
**Redmon Heating and Cooling**
3736 28th Street SW
Grandville, MI 49418

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$350.82**

---

**3.125** | Nonpriority creditor's name and mailing address
**Reliance Standard**
P.O. Box 82510
Lincoln, NE 68501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126** | Nonpriority creditor's name and mailing address
**Republic Services**
2471 Wilshere Drive
Jenison, MI 49428

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127** | Nonpriority creditor's name and mailing address
**Ricoh**
P.O. Box 650016
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128** | Nonpriority creditor's name and mailing address
**Rose Pest Control**
P.O. Box 309
Troy, MI 48099

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129** | Nonpriority creditor's name and mailing address
**Roys Computer Repair**
04074 CR 215
P.O. Box 7
Grand Junction, MI 49056

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Graceway South Haven, LLC**
          Name                                          Case number (if known)    **21-44888**

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarrett Nature Center**
**2300 Benton Center Road**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott Robbins**
**6885 Ravine Road**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Secure Care Systems, Inc.**
**6968 Engle Road**
**Cleveland, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Senior Vision Services**
**10826 Old Mill Road**
**Suite 101**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126.00** |
|---|---|---|---|

**Sentimental Reflections**
**P.O. Box 14716**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,189.90** |
|---|---|---|---|

**Serenity Aquarium & Aviary Services**
**7260 Commerce Plaza Drive**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.22** |
|---|---|---|---|

**Shoreline Ortho & Sports Medicine Clinic**
**370 N. 120th Avenue**
**Suite 20**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|---|---|---|---|
| | Name | | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silita Gist**
**120 Baseline Road**
**South Haven, MI 49090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SLI Custom Signs & Apparel**
**5981 Telegraph Road**
**Toledo, OH 43612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,072.55 |
|---|---|---|---|

**SNF Receivable Solutions, LLC**
**P.O. Box 216**
**Thonotosassa, FL 33592**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,004.53 |
|---|---|---|---|

**South Haven Area Ambulance**
**P.O. Box 2122**
**Riverview, MI 48193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**South Haven Area Chamber of Commerce**
**606 Phillips Street**
**South Haven, MI 49090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Southeastern Equipment & Supply**
**1919 Old Dunbar Road**
**West Columbia, SC 29172**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,792.11 |
|---|---|---|---|

**Southwestern MI Emergency Services**
**P.O. Box 808**
**Grand Rapids, MI 49518**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graceway South Haven, LLC** | | Case number (if known) | **21-44888** |

Name

---

**3.144** | Nonpriority creditor's name and mailing address

**Spectrum Health Hospitals**
P.O. Box 2127
Grand Rapids, MI 49501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,245.60**

---

**3.145** | Nonpriority creditor's name and mailing address

**Spoon Man Inc.**
P.O. Box 53
Jenison, MI 49429

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146** | Nonpriority creditor's name and mailing address

**Staples**
P.O. Box 660409
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147** | Nonpriority creditor's name and mailing address

**TEED Heating and Cooling**
340 Washington Street
P.O. Box 390
Coloma, MI 49038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148** | Nonpriority creditor's name and mailing address

**Thatcher Computer Consulting**
4211 Okemos Road
Suite 15
Okemos, MI 48864

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,707.42**

---

**3.149** | Nonpriority creditor's name and mailing address

**The Rapid Group, LLC**
P.O. Box 248
Grandville, MI 49468

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150** | Nonpriority creditor's name and mailing address

**The Rose Shop**
764 Lagrange Street
South Haven, MI 49090

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$218.95**

---

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|--------|---------------------------|------------------------|----------|

Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**The Strum Bums**
**4040 Fikes Road**
**Benton Harbor, MI 49022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**TNT Home Services LLC**
**09521 35th Street**
**Gobles, MI 49055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,914.53** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Total Fire and Security, LLC**
**5062 Kendrick Court SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Tyrell and Natalie Peterson**
**1278 Haverhill Drive**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Universal Printing Solutions**
**10573 West Pico Boulevard**
**Suite 610**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,536.55** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**VBEMS Inc.**
**P.O. Box 33726**
**Detroit, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Veronica Heartfield**
**120 Baseline Road**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Graceway South Haven, LLC | Case number (if known) | 21-44888 |
|---|---|---|---|

Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,042.54 |
|---|---|---|---|

**Wolverine ACE Hardware**
**530 Huron Street**
**South Haven, MI 49090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.79 |
|---|---|---|---|

**Wolverine Power Systems**
**3229 80th Avenue**
**Zeeland, MI 49464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Omega Healthcare Investors, Inc.**<br>**Alex Pirigyi**<br>**303 International Circle, Ste. 200**<br>**Cockeysville, MD 21030** | Line  3.38<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 120,091.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,580,042.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,700,133.89 |