UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In re:**

**SILVERSIDE SENIOR LIVING, LLC,**[1]　　　Case No.: 21-44887-lsg
et al,　　　　　　　　　　　　　　　　　　Chapter 11, Subchapter V

　　Debtors.　　　　　　　　　　　　　　Hon. Lisa S. Gretchko
　　　　　　　　　　　　　　　　　　　　Jointly Administered
_____/

# AMENDED ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11, SUBCHAPTER V CASES

This matter came before this Court upon the motions of Silverside Senior Living, LLC and Graceway South Haven, LLC (collectively, the "Debtors") requesting joint administration of the Debtors' related Chapter 11, Subchapter V cases for procedural purposes only (the "Motions"). No objections to the Motions were filed. The Court reviewed the Motions and held a hearing on the Motions on June 21, 2021. The Court granted the Motions, and entered an Order Authorizing Joint Administration of Related Chapter 11, Subchapter V Cases on June 27, 2021 (ECF No. 27). Due to issues raised at a status conference held on July 9, 2021, the

---

[1] The Debtors in these jointly administered proceedings along with the last four digits of their respective federal tax id numbers are: Silverside Senior Living, LLC (2357) [Case No: 21-44887-lsg] and Graceway South Haven, LLC (9393) [Case No: 21-44888-lsg].

1

Court has determined that it is appropriate to amend its Original Order for Joint Administration (ECF No. 27) so that it reads as set forth herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The case of Silverside Senior Living, LLC [Case No. 21-44887-lsg] (the "Lead Case") and the case of Graceway South Haven, LLC [Case No: 21-44888-lsg] (the "Related Case") shall be jointly administered by this Court.

2. The caption of pleadings, motions and other documents which shall be filed in the Lead Case shall be the same as the caption of this Amended Joint Administration Order (including footnote 1 as set forth on the first page of this Amended Joint Administration Order), except as provided in paragraph 4 below relating to filing proofs of claims.

3. Except as stated in paragraph 4 below, all pleadings, motions, objections to claims, and other documents in the Related Case shall be docketed and filed in the Lead Case. Except as stated in paragraph 4 below, any documents or pleadings filed in the Related Case prior to the entry of the Original Order for Joint Administration (ECF No. 27) shall be treated as having been filed in the Lead Case.

4. Proofs of claims shall be docketed and filed in the case of the Debtor entity against which such claim is asserted. Creditors shall file a separate claim in each case for which they hold a claim.

5. The Debtors shall file an amended mailing matrix in the Lead Case to add any creditors from the Related Case that are not already listed on the Lead Case mailing matrix. The Court waives any and all fees associated with adding creditors to a mailing matrix. The Clerk of the Court shall retain a single consolidated mailing matrix for creditors, attorneys, and parties in interest for the jointly administered cases. All notices, orders, and other documents which must be served on all creditors and interested parties in the jointly administered cases will be served upon the persons listed on the consolidated mailing matrix.

6. Each Debtor shall remain responsible for the preparation and filing of its monthly operating reports as required by the U.S. Trustee's Operating Instructions, and monthly operating reports for each of the Debtors must be filed in the Lead Case.

7. Nothing contained in this Amended Joint Administration Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

8. A docket entry shall be made in each of the Debtor's respective cases substantially as follows:

> An Amended Joint Administration Order has been entered directing the joint administration for procedural purposes of the Chapter 11 cases of Silverside Senior Living LLC, Bankruptcy Case 21-44887-lsg; and Graceway South Haven, LLC, Bankruptcy Case 21-44888-lsg. All pleadings, motions, objections to claims, and other documents (with the exception of proofs of claims) shall be docketed and filed in Bankruptcy Case 21-44887-lsg. The

docket for Silverside Senior Living LLC, Case No. 21-44887-lsg, should be consulted for all matters affecting this case.

9. The Clerk of the Court shall file a copy of this Amended Joint Administration Order in the Related Case and shall add the following to the caption on the docket of the Related Case as follows:

> See Amended Joint Administration Order (Docket No. \_\_\_\_) in this case and see Lead Case Silverside Senior Living LLC, 21-44887-lsg.

10. The Debtor shall serve a copy of this Amended Joint Administration Order upon the Sub-Chapter V Trustee, United States Trustee, and all creditors of each of the Debtors in these jointly administered cases.

**Signed on July 12, 2021**

/s/ Lisa S. Gretchko

**Lisa S. Gretchko
United States Bankruptcy Judge**